GUARANTY TRUST COMPANY OF NEW YORK, PLAINTIFF-RESPONDENT, v. PHILIP J. STEVENS, JR., *ET AL.*, DEFENDANTS-PETITIONERS.

*Mr. Charles Danzig* for the petitioners.

*Messrs. Crummy, Gibbons & O'Neill* and *Messrs. Emory, Langan, Lamb & Blake* for the respondents.

June 16, 1958.   Granted.